IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JESSICA ROSE HANSELMANN d/b/a
STUDIO JESSICA ROSE,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-00396

Judge Steven C. Seeger

Magistrate Judge Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | pojhgah |
| 4 | hgeweg |
| 28 | JiangPenGuoJi |
| 37 | Awei Club |
| 40 | Hgheuy |
| 42 | GEHGWP |
| 43 | TJJMKIJSHUGDS |
| 44 | Lkzmdpt Larmly |
| 48 | LHTGBHGSS |
| 52 | LIJUNHE |
| 53 | LSAJFUHYFSGA |
| 55 | Lxmjhdas |
| 56 | JKLOP |
| 58 | yunlongp |
| 59 | DCFKMJHYS |
| 62 | Exquisite living |
| 63 | Hunei |
| 68 | Home Chic |

| | |
|---|---|
| 70 | macaoaui |
| 71 | ICYIUU |
| 72 | Zwluehsa |
| 73 | Aoorsake |
| 75 | Dusknt store |
| 80 | LumcQaQ |
| 86 | Chunangliuxu |
| 88 | GIIHGE LLC |
| 97 | Ggdda |
| 100 | NKBBCU |
| 101 | JWDX |
| 102 | Fenull store |
| 103 | LWLWJSHDBHA |
| 104 | GONGJISEY |
| 105 | Checory |
| 107 | Cozy Interiors |
| 110 | piaybook |
| 111 | Home Inspirations |
| 112 | yushangoua |
| 113 | YSHUAka |
| 117 | Soikfihs |
| 118 | GuiwaiCommerce |
| 123 | Lssam Home and Garden Store |
| 126 | yubikelmi Dtydtpe |
| 127 | Kiteke |
| 128 | FLYBAEAST |
| 130 | COOFANIN |
| 133 | Mbxmh Store |
| 135 | Nomeni |
| 137 | WANSPRINE |
| 140 | WFMBUH |
| 141 | Yingshidian |
| 142 | Ynlkorvg |
| 144 | LZWHSGPOIUFJ |
| 147 | HomeNest |
| 149 | Yhwyydhs |
| 150 | guang zhou fu da mao yi |
| 151 | Blmiede |
| 152 | KAIWEI |
| 155 | JKKANT |
| 156 | ZQMNBDAQ |
| 157 | Beppter Learning |
| 159 | GBAYXJ HOME |
| 162 | MJXSDAWX |

| | |
|---|---|
| 163 | YUNSITONG |
| 166 | PEDTY HOME DECOR |
| 167 | RGQmaoyi |
| 168 | Sezcxlgg |
| 171 | Bysmjdha |
| 172 | Miayilima |
| 174 | Nest & Nook |
| 177 | ZBBMUYHGSA |
| 178 | Bloderetu |
| 180 | Windluke |
| 181 | chenmannana.LLOC |
| 182 | ZYXZHENB |
| 184 | Ljstore |
| 185 | BPPMJUHGSA |
| 187 | XLZMUHYTGS |
| 188 | Nksudet |
| 189 | XYCHGRA |
| 190 | Eewia |
| 192 | yhgenq |
| 193 | WRDMNBV |
| 195 | SLHLJlin |
| 196 | YuanRX |
| 197 | WUXUANFU |
| 198 | CRCMJUHGSA |
| 200 | Ctnporpo Home |

DATED: May 22, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 22, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt