## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jessica Rose Hanselmann

                              Plaintiff,

v.                                          Case No.:
                                          1:25−cv−00396

                                          Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: This Court set a briefing schedule on May 6, 2025. (Dckt. No. [26]) A response to the complaint was due by May 20, 2025. Defendants filed nothing. This Court set a deadline for a response to the motion for default judgment. (Dckt. No. [26]) That deadline has come and gone, too. The motion for entry of default under Rule 55(a) and for default judgment under Rule 55(b) is hereby granted in large part. (Dckt. No. [29]) The complaint is dismissed with prejudice. Final Judgment Order to follow. Permanent Injunction Order to follow. The case is closed. Civil case terminated. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.