UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSICA ROSE HANSELMANN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 1:25-cv-00396<br><br>Hon. Steven C. Seeger |

## FINAL JUDGMENT ORDER

This Court hereby enters final judgment in favor of Plaintiff Jessica Rose Hanselmann ("Hanselmann" or "Plaintiff") and against the Partnerships and Unincorporated Associations Identified on Schedule A ("Defendants") as follows:

1. Pursuant to 17 U.S.C. § 504(c)(2), Hanselmann is awarded statutory damages from each of the Defaulting Defendants in the amount of One Thousand Dollars ($1,000) for willful use of infringing Jessica Rose Work on products sold through at least the Defendant Internet Stores.

2. Plaintiff may enforce this Final Judgment as provided in the Federal Rules of Civil Procedure.

This is a Final Judgment.

Date:　June 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Steven C. Seeger
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge